CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 2 3 2020

JULIA C. DUDLEY, CLERK
BY: HMcDonee
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

JONATHAN HENRY HUGHEY,      )
                            )
          Plaintiff,        )       Civil Action No. 7:19cv00624
                            )
v.                          )       **MEMORANDUM OPINION**
                            )
SWVRJA AT DUFFIELD,         )       By: Hon. Jackson L. Kiser
                            )           Senior United States District Judge
          Defendant.        )

---

Plaintiff Jonathan Henry Hughey, proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. By orders entered September 12, 2019 and October 9, 2019, the court conditionally filed this action and advised McBrayer that he must notify the court in writing immediately upon his transfer or release and must provide the court with a new address. [See ECF Nos. 3 and 5.] The court warned Hughey that failure to notify the court of a change of address would result in dismissal of the case. [Id.] On December 3, 2019, a court order was returned to the court as undeliverable and with no forwarding address. [See ECF No. 8.] Hughey has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, I will dismiss Hughey's complaint without prejudice. Hughey is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

The clerk is directed to forward a copy of this Memorandum Opinion and accompanying Order to Hughey's last known address.

**ENTERED** this 23rd day of January, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE